IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CIVIL NO.: 2:08-cv-1429 |
| ) | |
| vs. ) | |
| ) | |
| TERRY L. POLLARD and ) | |
| THEODORA POLLARD, ) | |
| ) | |
| Defendants. ) | |

ORDER OF COURT

AND NOW, to wit, this 23rd day of Oct, 2008, after consideration of the foregoing Motion to Appoint Loukeisa Denise Edwards Guardian Ad Litem for Defendant, Theodora Pollard, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion is GRANTED, and that Loukeisa Denise Edwards is appointed guardian ad litem for Defendant, Theodora Pollard, in the above captioned matter. IT IS FURTHER ORDERED that service of any documents or pleadings in the manner prescribed by F.R.C.P. 4 or Pa. R.C.P. 402(a) for service of original process, and any other documents or pleadings in this matter, may be served on Theodora Pollard by service solely on Loukeisa Denise Edwards her guardian ad litem.

BY THE COURT:

_____
United States District Judge