IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | CIVIL NO.: 2:08-cv-1429 |
| vs. | ) | |
| **TERRY L. POLLARD**, individually, and **BRENT SMITH**, solely in his capacity as administrator of the Estate of Theodora Pollard, | ) | |
| Defendants. | ) | |

## JUDGMENT

AND NOW, to wit, this 16th day of July, 2009, after presentation and consideration of the foregoing Motion for Default and Default Judgment in Mortgage Foreclosure, heretofore filed by Plaintiff, the United States of America, IT IS HEREBY ORDERED that said Motion is GRANTED.

IT IS FURTHER ORDERED that default is hereby entered against Defendants for failure to answer and judgment in mortgage foreclosure is entered against Defendants and in favor of Plaintiff, as follows:

| | | |
|---|---|---:|
| Principal | $ | 17,283.60 |
| Interest to 7/2/09 | $ | 1,295.46 |
| Administrative Charges Due | $ | 432.41 |
| Penalty Charges Due | $ | 88.26 |
| **Total** | **$** | **19,099.73** |

together with interest at the contractual rate to the date of judgment, plus interest from the date of judgment at the legal rate, reasonable attorneys' fees and collection costs.

It is further ORDERED that the subject property hereby shall be and is exposed for sale for the purpose of satisfying Plaintiff's judgment.

It is further ORDERED that Plaintiff shall be paid the amount adjudged due Plaintiff with interest thereon to the time of such payment, together with costs of this action and the expenses of sale.

United States District Judge